UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,            ) | |
|                                                           ) | |
|             Plaintiff,                             ) | |
|                                                           )         1:04-cv-0446-SEB-VSS | |
|         vs.                                          ) | |
|                                                           ) | |
| ZURICH AMERICAN INSURANCE  ) | |
| COMPANY,                                     ) | |
|                                                           ) | |
|             Defendant.                         ) | |

## JUDGMENT

Consistent with the accompanying rulings on competing summary judgment motions filed by the parties, JUDGMENT is entered in favor of Plaintiff and against Defendant in the amount of Seven Million Dollars ($7,000,000), plus interest computed at One Thousand Five Hundred Thirty-five Dollars ($1535.00) per day, calculated from May 16, 2003 to the date of this judgment.

**IT IS SO ORDERED**   12/12/2005

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Karen M. Dixon
MECKLER BULGER & TILSON
karen.dixon@mbtlaw.com

Michael M. Marick
MECKLER BULGER & TILSON
michael.marick@mbtlaw.com

Stephen J. Peters
STEWART & IRWIN PC
speters@silegal.com

Daniel Ryan Roy
BAKER & DANIELS
drroy@bakerd.com

Christopher G. Scanlon
BAKER & DANIELS
chris.scanlon@bakerd.com

Paul A. Wolfla
BAKER & DANIELS
paul.wolfla@bakerd.com